AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD WRIGHT, II,<br>   Plaintiff,<br><br> v.<br><br>ASHLEY HUGGINS, SHANTA DUNN,<br>CHAVON GARVEY, and SCOTT BANGERT,<br>   Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-551-D** |

**Decision by the Court.**

  IT IS ORDERED AND ADJUDGED that the plaintiff's objection to the M&R is OVERRULED, and this action is DISMISSED for lack of subject-matter jurisdiction.

  THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 21, 2010**, AND A COPY MAILED TO:

Ronald Wright, II
2011 Wolf Teck Lane
#104
Raleigh, NC 27603


May 21, 2010            DENNIS IAVARONE, Clerk
Date                *Eastern District of North Carolina*

                    /s/ Susan K. Edwards
*Wilmington, North Carolina*       *(By) Deputy Clerk*